# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DILSON RAMIREZ LOPEZ

NO. 2024 KW 1193

**FEBRUARY 24, 2025**

---

In Re:    Dilson Ramirez Lopez (aka Dilson Ramirez), applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-24-04699.

---

**BEFORE:    McCLENDON, C.J., LANIER AND BALFOUR, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that on October 18, 2024, relator was indicted with second degree murder and attempted second degree murder. The record further reflects that the district court acted on relator's motion to quash and motion to dismiss on December 5, 2024.

**PMc**
**WIL**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT